

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-22-00547-CV

**IN RE GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Delivered and Filed: September 21, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On August 26, 2022, relator filed a petition for writ of mandamus. Relator also filed an emergency motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's emergency motion for stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017CI16825, styled *Kristal Thompson and Fredrick Thompson v. Garrison Property and Casualty Insurance Company*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Aaron Samuel Haas presiding.